IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

GARY O. GRIGSBY                                                                                    PLAINTIFF

v.                                         CIVIL NO. 2:21-cv-2025-MEF

ANDREW M. SAUL, Commissioner
Social Security Administration                                                              DEFENDANT

## JUDGMENT

For the reasons stated in the Court's Order of Dismissal (ECF No. 5), the clerk is ordered to dismiss the Plaintiff's Complaint without prejudice.

IT IS SO ORDERED on this 28th day of January 2021.

/s/ Mark E. Ford
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE